IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AHMED EISSA,<br><br>　　　　Plaintiff,<br>v.<br><br>LEDVANCE LLC, KARSTEN FETTEN, MARCI PIPER and ALAN BARLOW,<br><br>　　　　Defendants. | Case No.:<br><br>(Trial Court of Massachusetts, The Superior Court, Middlesex County, Docket No. 2181CV01618)<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT ON BEHALF OF DEFENDANTS** |

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the District of Massachusetts and Plaintiff Ahmed Eissa:

**PLEASE TAKE NOTICE** that Defendants in the above-captioned matter hereby remove the state court action entitled *Ahmed Eissa v. LEDVANCE LLC, Karsten Fetten, Marci Piper and Alan Barlow*, filed under Middlesex County Docket No. 2181CV01618, to the United States District Court for the District of Massachusetts ("District of Massachusetts"), on the grounds set forth below.

## GROUNDS FOR REMOVAL

1. On or about July 23, 2021, Ahmed Eissa ("Plaintiff") filed this action in the Superior Court of the Commonwealth of Massachusetts, County of Middlesex (the "Action"). Service of process was made upon Defendants on August 19, 2021 (although no summons was served upon Defendant Piper, the undersigned counsel indicated to Plaintiff's counsel that she would accept service on behalf of all Defendants, including Defendant Piper).

2. In this Action, Plaintiff brings federal law claims, alleging that Defendants discriminated and retaliated against him in violation of Title VII of the Civil Rights Act of 1964,

42 U.S.C. § 2000e, et seq.  Plaintiff also alleges that Defendants denied him leave and retaliated against him in violation of the federal Family and Medical Leave Act, 29 U.S.C. § 2601, et seq. ("FMLA").  Plaintiff also brings state law claims under the Massachusetts fair employment practices statute, M.G.L. ch. 151B, § 1 et seq. and the Massachusetts parental leave statute, M.G.L. ch. 149, §105D, and common law claims based on the same or similar set of facts and circumstances to those giving rise to his claims under federal law.

3. Under 28 U.S.C. § 1331, this court has original jurisdiction over all civil actions arising under federal law, including the federal laws listed above, which Plaintiff brings in this Action.

4. Under 28 U.S.C. § 1367(a), this court has supplemental jurisdiction over Plaintiff's state law claims.

5. This removal is timely because it has been filed no later than thirty (30) days after service of the state court complaint, as required by 28 U.S.C. § 1446(b).

6. Venue in the District of Massachusetts is proper pursuant to 28 U.S.C. § 1441(a) because the Superior Court where the removed case was pending is located within the District of Massachusetts. 28 U.S.C. §§ 1441(a), 1446(a).

## NOTICE

9. Concurrently with the filing of this Notice, Defendants will file a copy of this Notice of Removal with the Clerk of the Superior Court of the Commonwealth of Massachusetts for the County of Middlesex.

10. In accordance with 28 U.S.C. § 1446, true and correct copies of Plaintiff's Summonses, Complaint and all other papers received in this case to date are attached collectively hereto as Exhibit A (Civil Action Cover Sheet, Complaint and Summonses) and Exhibit B (Tracking Order). The contents of Exhibits A and B constitute the entire file of the action in the

Superior Court of the Commonwealth of Massachusetts for the County of Middlesex at the time of this filing.

11.     Defendants will promptly serve a notice to counsel for plaintiff of the filing of this Notice of Removal and will file a copy of this Notice of Removal with the Clerk of the Superior Court of Middlesex County, pursuant to 28 U.S.C. § 1446(d).

12.     By filing this Notice of Removal, Defendants expressly reserve and do not waive any defenses to Plaintiff's Complaint that are available to Defendants, including any defenses under Rule 12 of the Federal Rules of Civil Procedure, whether at law and/or in equity.

13.     Defendants reserve the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Defendants respectfully remove this action from the Superior Court of the Commonwealth of Massachusetts for the County of Middlesex and request that this Court issue such orders and process as may be necessary to preserve its jurisdiction over this matter.

LEDVANCE LLC, KARSTEN FETTEN,
MARCI PIPER and ALAN BARLOW,
By their Attorney,

/s/ Stephanie Smith
Stephanie Smith (BBO #660572)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
617-426-5900
smith@casneredwards.com

Dated: September 15, 2021

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and electronic copies will be sent to those indicated as non-registered participants on September 15, 2021.

/s/ Stephanie Smith

60950.5/844057.1