IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

AHMED EISSA,

      Plaintiff,

v.

LEDVANCE LLC, KARSTEN FETTEN, MARCI
PIPER and ALAN BARLOW,

      Defendants.

Case No.:

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel states on behalf of defendant LEDVANCE LLC ("LEDVANCE") that LEDVANCE is a wholly owned subsidiary of LEDVANCE Holdings LLC, which is wholly owned by LEDVANCE GmbH, a subsidiary of MLS Co., Ltd, a publicly held company.  LEDVANCE knows of no publicly held entity that owns 10% or more of its stock.

LEDVANCE LLC,
By its Attorney,

/s/ Stephanie Smith
Stephanie Smith (BBO #660572)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
617-426-5900

Dated:  September 15, 2021    smith@casneredwards.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and electronic copies will be sent to those indicated as non-registered participants on September 15, 2021.

/s/ Stephanie Smith

60950.5/844111.1