UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AHMED EISSA,<br><br>　　　Plaintiff,<br>v.<br><br>LEDVANCE LLC, KARSTEN FETTEN, MARCI PIPER and ALAN BARLOW,<br><br>　　　Defendants. | Case No.: 1:21-cv-11515 |

## **DEFENDANTS' PARTIAL MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants LEDVANCE LLC ("LEDVANCE" or the "Company"), Karsten Fetten, Marci Piper, and Alan Barlow (collectively, the "Defendants") hereby move the Court to dismiss the following Counts of the Complaint filed against them by plaintiff Ahmed Eissa ("Plaintiff"):

　　　1.　　Counts One to Three, based on Defendants' alleged refusal of Plaintiff's parental leave of absence, must be dismissed because such claims were untimely filed with the Massachusetts Commission Against Discrimination (Count Four, which is grounded on and derivative of the discrimination claims, must similarly be dismissed);

　　　2.　　Count Two, alleging violation of the Massachusetts Parental Leave Act, fails as a matter of law because Plaintiff's leave, which began two months after the birth of his child, did not qualify for protection under the statute;

　　　3.　　Counts Four, Seven and Nine must be dismissed because the allegations in the Complaint fail to allege sufficient facts to meet the required elements of such claims;

- 2 -

4. Count Five against Barlow must be dismissed because the Complaint does not allege any wrongful conduct by him amounting to a violation of the Family and Medical Leave Act; and

5. Count Eight, alleging intentional inflicting of emotion distress, is barred by the exclusivity provision of the Massachusetts Workers' Compensation Act.

In support of this Motion, the attention of the Court is respectfully directed to Defendants' Memorandum of Law in Support of Partial Motion to Dismiss filed herewith, which is incorporated by reference herein, accompanying Exhibits A through D, and any additional arguments to be properly presented in support of the requested relief in this motion.

**WHEREFORE**, Defendants respectfully request that this Honorable Court grant their motion, enter an order dismissing the above-referenced Counts, and grant such other and further relief as it deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants hereby request that this motion be set down for hearing at such time as the court determines.

Respectfully submitted,

LEDVANCE LLC, Marci Piper, Karsten Fetten and Alan Barlow,
By their attorneys,

*/s/ Stephanie Smith*
Stephanie Smith (BBO #660572)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, Massachusetts 02210
Telephone: 617-426-5900
Facsimile: 617-426-8810
Dated: September 22, 2021                     Email: smith@casneredwards.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      I, Stephanie Smith, hereby certify that, in accordance with Local Rule 7.1(A)(2), I reached out to counsel for the Plaintiff and attempted in good faith to resolve or narrow the issues contained herein.

                                        */s/ Stephanie Smith*
                                        Stephanie Smith

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 22, 2021.

                                          */s/ Stephanie Smith*
                                        Stephanie Smith

60950.5/847859.2