IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AHMED EISSA,<br>    Plaintiff,<br>v.<br><br>LEDVANCE LLC, KARSTEN FETTEN,<br>MARCI PIPER and ALAN BARLOW,<br>    Defendants. | Case No.: 1:21-cv-11515 |

**JOINT MOTION REQUESTING ADR REFERRAL**

The Parties, Plaintiff Ahmed Eissa, and the Defendants, Ledvance LLC, Karsten Fetten, Marci Piper, and Alan Barlow ("Defendants"), hereby move for a referral to the Court's Alternate Dispute Resolution ("ADR") program. As grounds for said motion, the Parties state that in anticipation of the upcoming Scheduling Conference, they have conferred regarding the possibility of pursuing mediation and all parties have now agreed to participate in the Court's mediation program. Accordingly, the Parties jointly request a referral to the Court's ADR program.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiff,<br>AHMED EISSA<br><br>By his Attorney,<br>Helen Litsas (BBO #644848)<br>LAW OFFICE OF HELEN G. LITSAS<br>22 Mill Street, Suite 408<br>Arlington, MA 02476<br>Phone: (617) 596-5561<br>helen@litsaslaw.com<br><br>Dated: October 4, 2022 | Respectfully submitted,<br>Defendants,<br>LEDVANCE LLC, KARSTEN FETTEN,<br>MARCI PIPER and ALAN BARLOW,<br><br>By their Attorney,<br><br>/s/ Stephanie Smith<br>Stephanie Smith (BBO #660572)<br>CASNER & EDWARDS, LLP<br>303 Congress Street<br>Boston, MA 02210<br>617-426-5900<br>smith@casneredwards.com |

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper and electronic copies will be sent to those indicated as non-registered participants on October 4, 2022.

                                       /s/ Helen G. Litsas